# United States Court of Appeals
## For the First Circuit

No. 11-2143

MELISSA S. GERALD,

Plaintiff, Appellant,

v.

UNIVERSITY OF PUERTO RICO; EDMUNDO KRAISELBURD,

Defendants, Appellees.

**JUDGMENT**

Entered:  January 28, 2013

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed in part and vacated in part, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day.  Costs are awarded to the appellant.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon Jose A. Fuste, Ms. Frances de Moran, Clerk, United State District Court for the District of Puerto Rico, Ms. Dulzaides, Ms. Gonzalez Reyes, Mr. Lopez-Ortiz, Ms. Morales-Codero, Ms. Negron-Vargas & Mr. Rivera-Morales.